UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH G. MAYBIN,

    Plaintiff,

v.                                                                             Case No.  2:09-cv-836-FtM-36SPC

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.
_____/

## ORDER

    This cause comes before the Court on the Report and Recommendation of United States Magistrate Judge Sheri Polster Chappell (Doc. 23), filed on December 29, 2010, which recommends that the Court affirm the decision of the Commissioner of Social Security.  On January 11, 2011, Plaintiff filed an Objection to the Magistrate Judge's Report and Recommendation (Doc. 24).  In his objection, Plaintiff argues that Judge Chappell failed to consider that the Administrative Law Judge gave too little weight to the opinion of the treating physician, Dr. Alaa El-Gendy.  Plaintiff also argues that Judge Chappell failed to consider that the Administrative Law Judge did not adequately evaluate Plaintiff's subjective complaints of sleepiness and pain or their impact on his residual functional capacity.  On January 20, 2011, the Commissioner of Social Security filed a Response (Doc. 25), requesting the Court to accept the Magistrate Judge's Report and Recommendation.

    The Court reviews the Commissioner's decision to determine if it is supported by substantial evidence and is based upon proper legal standards.  *Crawford v. Commissioner of Social Security*, 363 F.3d 1155, 1158 (11th Cir. 2004).  Substantial evidence is more than a scintilla and is such

relevant evidence as a reasonable person would accept as adequate to support a conclusion. *Crawford*, 363 F.3d at 1158. Even if the evidence preponderates against the Commissioner's findings, the Court must affirm so long as the decision reached is supported by substantial evidence. *Crawford*, 363 F.3d at 1158–59. The Court does not decide facts anew, reweigh the evidence, or substitute its judgment for that of the Commissioner. *Dyer v. Barnhart*, 395 F.3d 1206, 1210 (11th Cir. 2005). The magistrate judge, district judge, and appellate judges all apply the same legal standards to the review of the Commissioner's decision. *Dyer*, 395 F.3d at 1210; *Shinn v. Commissioner of Social Security*, 391 F.3d 1276, 1282 (11th Cir. 2004); *Phillips v. Barnhart*, 357 F.3d 1232, 1240 n.8 (11th Cir. 2004).

The Court is satisfied that both the Administrative Law Judge and the Magistrate Judge gave proper weight to the findings of Plaintiff's treating physician, Dr. El-Gendy, in considering the Plaintiff's medical condition as a whole. *See Dyer,* 395 F.3d at 1211. The Court finds that the Administrative Law Judge properly considered the entire medical record in concluding that Plaintiff's sleepiness was treated and under control.

The Court is also satisfied that the Administrative Law Judge and the Magistrate Judge did not improperly discount Plaintiff's subjective complaints of sleepiness and pain. Specifically, the Administrative Law Judge's finding that Plaintiff's subjective claims were inconsistent with his treatment regimen was based upon substantial evidence in the record.

Thus, after conducting a de novo examination of the file and upon due consideration of the Magistrate Judge's Report and Recommendation, the Court accepts the Report and Recommendation in its entirety.

Accordingly, it is now **ORDERED and ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 23) is **ADOPTED, CONFIRMED and APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. The Decision of the Commissioner of Social Security is **AFFIRMED**.

3. The Clerk is directed to terminate all pending motions and deadlines, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** at Fort Myers, Florida on March 23, 2011.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO:**
Magistrate Judge Sheri Polster Chappell
Counsel of Record